Local AO 450 (rev. 5/10)

# United States District Court
### *District of North Dakota*

Melissa Almer,

        Plaintiff,

vs.

Standard Insurance Company,

        Defendant.

JUDGMENT IN A CIVIL CASE

Case No.   3:19-cv-79

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☑ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Melissa Almer's motion for summary judgment, including her request for attorneys' fees, (Doc. 22), is DENIED and that Standard Insurance Company's motion for summary judgment, (Doc. 24), is GRANTED.

Date: September 30, 2019

ROBERT J. ANSLEY, CLERK OF COURT

by: */s/ Pamela Bloomquist-Burman, Deputy Clerk*